# **INDEX OF EXHIBITS**

Exhibit 1- Why Franchise with Domino's

Exhibit 2- DOJ Antitrust Guidance for HR Professionals

Exhibit 3-Health Activists Prepare McDonald's Attack

Exhibit 4-Truth About Wages

Exhibit 5- Why Aren't Paychecks Growing

Exhibit 6- Corporate America is Suppressing Wages for Many Workers

Exhibit 7- Join the Domino's Team

Exhibit 8- Hart Research Associates-Key Findings for Survey