# EXHIBIT 3

CNN Money          Companies     Markets     Tech     Media                              U.S.

# Low wage, health activists prepare McDonald's attack

by Patrick M. Sheridan   @CNNMoney
May 20, 2014: 10:14 AM ET



A recent protest of fast food workers outside a McDonald's restaurant in California.

The McDonald's annual meeting this Thursday is shaping up to be a heated one.

Activists want to put the brakes on CEO Don Thompson's multimillion dollar pay package. Health advocates are petitioning LeBron James to stop peddling McDonald's junk food to kids.

And, hundreds of fast-food workers are expected to protest for higher wages, starting a day before the meeting. All of this is happening as McDonald's is fighting a slump in sales.

The company has already barred media from the event. Reporters had been welcome in previous years. McDonald's (MCD) said the idea of not inviting the media came from the media itself.

**Related: 10 big overtime pay violators**

"This year, based on direct feedback from reporters and steadily declining media attendance, we are solely inviting media to listen to the meeting via web cast," said McDonald's spokesperson Lisa McComb.

The company's reluctance to have reporters at the meeting is understandable, especially after negative press from last year's meeting, when a nine-year-old girl took the microphone and told the CEO to stop tricking kids into, "wanting to eat your food all the time."

There's no reason to expect anything less this year.

Advertisement

**Personal Finance**
**Jump-Start Your Savings Today**

synchrony                    1.85 % APY
                             $0 To Open
                             Member FDIC
High-Yield Savings           Open Account
Account

Personal Savings             1.80 % APY
American Express             $1 Min To Earn APY
National Bank                FDIC Insured
High-Yield Savings           Open Account
Account


Marcus by Goldman Sachs      1.85 % APY
Goldman Sachs Bank USA       $1 To Earn APY
                             Member FDIC
Online Savings Account       Open Account

Sponsors of GOBankingRates              Advertiser Disclosure

Companies | Markets | Tech | Media

"We will bring the concerns of health professionals, moms and other food advocates directly to CEO Don Thompson about the role that their kid-targeted marketing plays in driving an epidemic of diet-related diseases," said Jesse Bragg of Corporate Accountability International, a health advocacy group.

Bragg's group has written an open letter posted on its website asking LeBron James to reconsider his endorsement deal with McDonald's. The group said McDonald's is using "athleticism to sell unhealthy foods to kids."

CNNMoney reached out to the basketball star, but did not receive a response.

Related: 10 big overtime pay violators

Also presenting at the meeting will be CtW Investment Group, a shareholder group representing 5 million union pension holders. The group is asking McDonald's shareholders to vote against the CEO's pay package, which totaled $9.5 million in 2013.

CEOs at fast food companies earn 1,000 times what the average industry's worker earns, according to a recent report from public advocacy group Demos. The report found that fast food industry pay is one of the most unequal in the American economy.

The average hourly wage of fast food employees is $9.09, or less than $19,000 per year for a full time worker. The poverty level of a family of four in the U.S. is $23,850.

The fight against low wages is also driving hundreds of McDonald's workers to corporate headquarters where organizers say they will begin protesting on Wednesday on the eve of the meeting.

Protesters: Double minimum wage!

Just last week, protesters in multiple cities, including New York, Philadelphia, Boston, Chicago and Los Angeles joined strikes outside of fast food restaurants demanding their minimum hourly wage be raised to $15 an hour.

McDonald's may also hear from its own franchisees as word has spread that the group of people, who run and operate most of its outlets, have not been happy lately with decisions taken at corporate headquarters.

CNNMoney (New York)


New Study Reveals the Worst Airlines in the World
Far and Wide


Photoshop Didn't Exist Back Then, So Yes This Photo Is Real
Definition


California: Say Bye To Your Mortgage If You Live In San Diego
Fetcharate


[Pics] She Suspiciously Paid For Everything In Cash For Years, Then...
Ice Pop

**More from CNNMoney**


Mark Carney willing to lead Bank of England through Brexit.


Here's why Amazon may beat Apple to $2 trillion


Amazon is 20,000 vans closer to replacing the post office


20 cities, one year, and no second Amazon headquarters (yet)


Analyst Trade...



### PAID CONTENT



**This Amazon Upgrade Is Even Better Than Prime**
Sponsored: Honey



**U.S. Cardiologist: 3 Foods to Stop Eating if You Feel Tired**
Sponsored: Health Headlines

**SmartAsset**                                    Paid Partner

Savings APY Keeps Climbing - Top Banks Offering 1.86%

Certificate of Deposit Rates

Compare the Top 3 Financial Advisors in Your Neighborhood

Is a Money Market Account or CD Right for You?

**NextAdvisor**                                   Paid Partner

An Insane Card Offering 0% Interest Until Nearly 2020

Transferring Your Balance to a 14-Month 0% APR is Ingenious

The Top 7 Balance Transfer Credit Cards On The Market Today

Get $300 Back With This Outrageous New Credit Card

### Paid Content

San Diego California: These State-Of-The-Art Stair Lifts Are Cheaper Than You Think *Yahoo! Search*

Before You Join A Meal Kit Delivery Service, Read This *Popdust*

Top Cardiologist: "This Is Why You Have Less Energy After 50" *Health Headlines*

How To Retire On A Single Stock Pick | Alex Green *The Oxford Club – Home | The Oxford Club*

### More from CNN Money

WWE Hell in a Cell 2018: Worst Matches in History of PPV

Paris Jackson apologizes for Harper's Bazaar cover after being labeled a "hypocrite"

Big-Name Stars Free to Move Next Summer If They Don't Agree New Contracts

Rubio to InfoWars' Alex Jones: 'Don't touch me'

Recommended by

### Paid Links

| HEALTHY FOODS FOR COLITIS | TOP 10 FAST FOOD RESTAURANTS |
| BEST FAST FOOD RESTAURANTS | 50% OFF MCDONALD COUPONS |
| FAST FOOD RECIPES | MCDONALDS MENU DEALS |
| FAST-FOOD DEALS | CURRENT MINIMUM WAGE |

### Comments

Advertisement



Companies    Markets    Tech    Media                                    U.S.

Contact Us

Closed Captioning

Site Map

Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © 2018 Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc.2018. All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC 2018 and/or its affiliates.

© 2018 Cable News Network. A WarnerMedia Company. All Rights Reserved.Terms under which this service is provided to you. Privacy Policy. AdChoices