# EXHIBIT 7

menu today offers 34 million different ways to make a pizza. Of that we have 14,200+ stores in more than 85 countries around the world (Q3 2015). But what's really cool is thinking about all of the possibilities that lie ahead. You can help us write the next chapter.

**TAKE A LOOK**

GLOBAL INFO »

DOMINO'S BIZ »

## EXPLORE DOMINO'S

Testimonials

Awards

Philanthropy

Recruiting Events

Media Center

## LIFE AT DOMINO'S

Training & Development

Benefits & Wellness

Culture

Ann Arbor

Recognition

## THE BRAND

History

Fun Facts

Global Info

Learn More at Domino's Biz

## OPPORTUNITIES

Stores

Supply Chain Centers

Corporate

Future Leaders

## FOLLOW US ON TWITTER

**Domino's Careers** @DominosCareers

General Manager job at Domino's - Chelmsford, MA
https://t.co/H9ZoUbNJcq #Indeed #jobs
3h

Pizza Maker job at Domino's - Bentley WA
https://t.co/PP2CQwaAEo #Indeed #jobs
4h

Pizza Maker job at Domino's - Echuca VIC
https://t.co/gkQwaOQMTc #Indeed #jobs
10h



Notice to Employment Agencies and Professional Recruiters: Domino's will not accept unsolicited resumes from any source other than directly from a candidate. Any employment agency or professional recruiter ("Agency") that submits an unsolicited resume to Domino's career site or directly to any employee, does so with the understanding that the resume will become the property of Domino's. Domino's will have the right to hire that candidate at its discretion without any fee owed to the Agency. Agencies that have fee agreements with Domino's and have been engaged on a specific search shall follow the submission process outlined by the Domino's recruiter with whom they are partnering with on the search. All inquiries by Agencies to become a provider of recruiting services must be directed to and approved by Domino's Director of Global Talent Acquisition.

Most Domino's stores are owned and operated by independent franchisees rather than Domino's Pizza LLC. Each franchisee is a separate and distinct company from Domino's Pizza LLC. All hiring and other employment decisions in a franchise store are made solely by the franchisee and not Domino's Pizza LLC, and individuals hired into a franchise store are employees of the franchisee and not Domino's Pizza LLC. The specific store operations, work environments, and terms and conditions of employment (including but not limited to hours, pay, and benefits) can vary by store and franchisee. Domino's Pizza LLC makes no warranties or representations, and undertakes no obligations, related to the operation or management of a franchise store or any hiring or other employment decisions made by a franchisee. Any questions related to employment in a franchise store should be directed to the franchisee. Domino's Pizza LLC cannot and does not guarantee employment to any individuals.